United States District Court
Southern District of Texas
**ENTERED**
January 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH CASTRO and LUIS VIERA TROCHEZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-21-2494 |
| ANTONY J. BLINKEN, IAN G. BROWNLEE, and MERRICK GARLAND, | § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss, this action is **DISMISSED WITHOUT PREJUDICE.**

Costs will be taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 20th day of January, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE